UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
(WESTERN DIVISION)

| | |
|---|---|
| JOHN DUDENHOEFFER, ALIREZA PARTOVIPANAH, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>FIFTH THIRD BANCORP, *et al.*,<br><br>Defendants. | Civil Action No.: 1:08cv538 |

### STIPULATION REGARDING DISMISSAL OF CERTAIN INDIVIDUAL DEFENDANTS

WHEREAS, on October 3, 2008, individual representative putative class actions brought separately by Plaintiffs on behalf of the Fifth Third Bancorp Profit Sharing Plan (the "Plan") against Defendants Fifth Third Bancorp ("Fifth Third") and other individuals as defendants were consolidated and styled as *John Dudenhoefer, et al. vs. Fifth Third Bancorp, et al.*, Civil Action No. 1:08-cv-538-SSB-TSB (S.D. Ohio) (the "Suit");

WHEREAS, Plaintiffs' Consolidated Complaint for violations of the Employee Retirement Income Security Act of 1974 ("ERISA"), filed on May 15, 2009 (the "Consolidated Complaint"), named, among others, Allen, Barrett, Bridgeman, Hill, Hackett, Heminger, Koch, Livingston, Meijer, Rogers, Schiff, Taft, and Traylor, as the "Outside Directors Defendants" alleging that they were fiduciaries of the Plan;

WHEREAS, counsel for the Outside Directors have represented to Plaintiffs that the Outside Directors Defendants were not ERISA fiduciaries for the Plan for purposes of the claims asserted or to be asserted in this Suit during the relevant time period;

WHEREAS, the parties to this stipulation desire to avoid lengthy and costly litigation on the question of ERISA fiduciary status of the Outside Directors Defendants and therefore executed on September 29, 2009 a Tolling Agreement for the Outside Directors Defendants (attached hereto as Exhibit A) and did not name the Outside Directors Defendants as parties in the Consolidated Class Action Complaint for Violations of the Employee Retirement Income Security Act filed on September 21, 2009;

WHEREAS, Plaintiffs have not yet had an opportunity to take full discovery regarding the Outside Directors Defendants' alleged fiduciary status;

WHEREAS, the undersigned parties wish to preserve their respective rights and defenses during discovery in the Suit,

NOW THEREFORE, the parties stipulate to the dismissal of the Outside Directors Defendants without prejudice, pursuant to the terms of the Tolling Agreement executed on September 29, 2009 (attached hereto as Exhibit A) and incorporated herein by reference.

It is so stipulated.

RESPECTFULLY SUBMITTED this 29 day of October, 2009.

| | |
|---|---|
| **PARRY DEERING FUTSCHER & SPARKS, PSC** | **VORYS, SATER, SEYMOUR AND PEASE LLP** |
| By: /s/ Ronald R. Parry<br>Ronald R. Parry<br>411 Garrard Street<br>Covington, Kentucky 41012-2618<br>Tel: (859) 291-9000<br>Fax: (859) 291-9300 | By: /s/ Glenn V. Whitaker<br>Glenn V. Whitaker (0018169)<br>Mary C. Henkel (0035963)<br>Dorothea K. Langsam (0082973)<br>Suite 2000, Atrium Two<br>221 East Fourth Street<br>P.O. Box 0236<br>Cincinnati, Ohio 45201-0236<br>Telephone: (513) 723-4000<br>Facsimile: (513) 723-4056 |
| **GAINEY & McKENNA**<br>Thomas J. McKenna<br>295 Madison Avenue, 4th Floor<br>New York, NY 10017<br>Tel: (212) 983-1 300<br>Fax: (212) 983-0383 | *Attorneys for the Outside Directors* |

Email: tjmlaw2001@yahoo.com

tjmckenna@gaineyandmckenna.com

**BARROWAY TOPAZ & KESSLER, LLP**
Joseph H. Meltzer
Edward W. Ciolko
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: jmeltzer@smtk.com
Email: eciolko@smtk.com

Robert M. Smyth
**DREW & WARD CO., LPA**
1 W. Fourth St., Suite 2400
Cincinnati, OH 45202
Tel: (513) 621-8210
Fax: (513) 621-5444

*Counsel for Plaintiffs*


SO ORDERED:

*[signature]*

Honorable Sandra S. Beckwith
United States District Judge