IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John Dudenhoeffer, *et al.*, | : | |
| Plaintiffs | : | Civil Action 1:08-cv-00538 |
| v. | : | Judge Beckwith |
| Fifth Third Bancorp, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# Order

Defendants-Appellees' September 19, 2012 unopposed motion for an extension of time to file and serve their Answer to Plaintiffs' Amended Consolidated Class Action Complaint (doc. 88) is GRANTED. The Court orders that Defendants-Appellees shall have up to and including fourteen (14) days following resolution of their petition for rehearing or rehearing en banc by the United States Court of Appeals for the Sixth Circuit, to file and serve their Answer to Plaintiffs' Amended Consolidated Class Action Complaint.

s/ Mark R. Abel
United States Magistrate Judge