IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John Dudenhoeffer, *et al.*, | : | |
| Plaintiffs | : | Civil Action 1:08-cv-00538 |
| v. | : | Judge Beckwith |
| Fifth Third Bancorp, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# Order

Defendants Fifth Third Bankcorp, Kevin T. Kabat and the members of the Fifth Third Bank Pension, Profit Sharing and Medical Plan Committee's October 26, 2012 unopposed motion for an extension of time to file and serve their Answer to Plaintiffs' Amended Consolidated Class Action Complaint (doc. 91) is GRANTED. Defendants must file their answer on or before October 31, 2012.

s/ Mark R. Abel
United States Magistrate Judge