# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 13, 2013

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

**FILED**
*Dec 16, 2013*
DEBORAH S. HUNT, Clerk

Re:  Fifth Third Bancorp, et al.
v. John Dudenhoeffer, et al.
No. 12-751
(Your No. 11-3012)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted limited to Question 1 presented by the petition.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk