**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| DUDENHOEFFER, *et al.*,  <br><br>               Plaintiffs,<br>    vs.<br><br>FIFTH THIRD BANCORP, *et al.*,<br><br>               Defendants. | **Civil Action No.: 08-cv-538** |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT,
CERTIFICATION OF SETTLEMENT CLASS AND APPROVAL
<u>OF PLAN OF ALLOCATION</u>**

Plaintiffs John Dudenhoefer and Alireza Partovipanah ("Named Plaintiffs" or "Plaintiffs") hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting final approval to the class action settlement in this action on the terms of the Stipulation of Settlement (the "Settlement" or "Settlement Agreement"), executed January 15, 2016 and previously filed with the Court on March 15, 2016, and for certification of the Settlement Class as defined in the Settlement Agreement. Annexed hereto as Exhibit A is the Order and Final Judgment in form agreed to by the Parties and attached to the Agreement as Exhibit A2.

2. Certifying the Settlement Class as defined in the Settlement Agreement; and

3. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

A. Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, Certification of Settlement Class and Approval of Plan of Allocation; and

B. Joint Declaration of Mark K. Gyandoh and Thomas J. McKenna in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class and Approval of the Plan of Allocation and Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Case Contribution Awards for the Named Plaintiffs and exhibits thereto.

Dated: June 9, 2016

                                              Respectfully submitted,

By:  */s/ Mark K. Gyandoh*
      Mark K. Gyandoh
      Edward W. Ciolko
      Julie Siebert-Johnson

        **KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: eciolko@ktmc.com
Email: mgyandoh@ktmc.com
Email: jsjohnson@ktmc.com

By: */s/ Thomas J. McKenna*
Thomas J. McKenna
Gregory M. Egleston
**GAINEY McKENNA & EGLESTON**
440 Park Avenue South, 5th Floor
New York, NY 10017
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Class Counsel*

Ronald R. Parry
**STRAUSS TROY**
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
Tel: (513) 621-2120
Fax: (513) 241-8259
Email:  rrparry@strausstroy.com

*Plaintiffs' Counsel*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 9, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh